# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER UNDER 42 U.S.C. § 1983 or UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

Rev. 10/10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2011 NOV 28 PM 1:30

Mary Isom
Yvette Isom
Harrison Isom
Marcus Isom
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:11 CV-657-S
(To be supplied by the clerk)

www.Isom.Org A/K/A
International
School Of
Ministry
(Full name of the Defendant(s) in this action)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Mary G. Isom

N/A ~~Place of Confinement~~:

Address: 305 Pin Oak E Town, Ky

~~Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )~~ N/A

(2) Name of Plaintiff: Yvette Isom

Place of Confinement: N/A

Address: ______________________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: Marcus E. Isom

~~Place of Confinement:~~ ______________________________

Address: 305 Pin Oak Court

~~Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)~~

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant International School of Ministry is employed as POB 11909 San at Bernido, Cal. 92423.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant WWW ISom Org. is employed as ______________ at ______________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant Joyce Meyer Ministry is employed as ______________ at ______________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant Josh @ Isom. Org is employed as ______________ at ______________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

Josh

(5) Defendant ______________________________ is employed

as ______________________ at ______________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES ( ✓ ) NO (__)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): Possible Self Mary G. and J. son

Defendant(s): Bd of Directors of M.A.I Information Systems Manbase Computers

Court (if federal court, name the district. If state court, name the county):

United States America

Docket number: ______________________

Name of judge to whom the case was assigned: John Heyburn

Type of case (for example, habeas corpus or civil rights action): Civil Rights

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): appeal

Approximate date of filing lawsuit: 1998

Approximate date of disposition: 2001

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Aggregate is female white person having inferred as person having knowledge of my Federally approved involvement with the M.A.I. Information Systems, AT+T + various Television programming. This included originally the Black Entertainment Television (BET) and Trinity Broadcast Network. When Joyce Meyers started working with Trinity. Those satellites had already programming on & with my person as Spiritual. In the year 2002 upon my daughter Yvette Adams Doris graduation from Etown High School. There had been a [illegible] about two companies displaying EHS - "Enterprise Hosting Solutions

One from the MAI of 9601 Jeronimo Rd in Irvine, Cal. and AT&T Bldg in New York & avenues of America - Sci-Fi Wars for Student Community

**III. STATEMENT OF CLAIM(S) continued**

The person of one who say she would called herself Joyce Meyers having misrepresented the very personal relationship from church as that representative of "Jesus + Mary Mom" This represented conflict. Her words were in 2002 they are trying to come against and make war against the "Lamb of God", which was one of my ~~titles~~ titles. We suspect the organization from them called WWW.150m.org in act to defraud. ~~Identity Theft~~

has been reported to Federal Trade Commission.

Also we have contacted F.B.I., we also believe she has cloned people directly related to me and has abused them as victims.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 50,000,000.00

✓ grant injunctive relief by Proceed w/ Criminal Intent

✓ award punitive damages in the amount of $ 50,000,000.00

✓ other: Shut down Program - Disband www.Isom.ORG

## V. DECLARATION UNDER PENALTY OF PERJURY (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 02 day of Nov, 2011

[signature]
(Signature of Plaintiff)

Marcus E. Isom
(Signature of additional Plaintiff)

Yvette A. Isom
[signature]
(Signature of additional Plaintiff)

N/A

~~I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on~~ __________.

N/A
(Signature)

M Isom
305 Pin Oak Court
ETown, Ky. 42701




Louisville P&DC 402
WED 23 NOV 2011 PM

U.S. Dist. Court
241 East Main St.
Suite 130
Bowling, Ky. 42101-2175