# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

MARY ISOM et al.                                                                 **PLAINTIFFS**

v.                                                            **CIVIL ACTION NO. 3:11-CV-657-S**

WWW.ISOM.ORG                                                                 **DEFENDANT**

## MEMORANDUM OPINION

By prior Order entered December 9, 2011, this Court directed Plaintiffs to pay the requisite $350.00 filing fee or file applications to proceed *in forma pauperis* in the instant action within 30 days from entry of the Order pursuant to 28 U.S.C. § 1915(g).  Plaintiffs neither paid the fee nor filed applications to proceed *in forma pauperis*.  By Order entered January 27, 2012, the Court directed Plaintiffs to show cause why their action should not be dismissed for failure to comply with an Order of this Court or to pay the filing fee or file applications to proceed *in forma pauperis* within 14 days.  The Order further advised Plaintiffs that failure to comply would result in dismissal of this action.  Review of the record in this action reveals that Plaintiffs have not responded to the Court's Order and have failed to pay the requisite $350.00 filing fee or file *in forma pauperis* applications.

Therefore, by separate Order this Court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with prior Orders of this Court and failure to prosecute.

Date:  February 22, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

cc:      Plaintiffs, *pro se*

4411.009